IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | NO. 3:19-CR-00505-S |
| DARION JOE MARQUIS STAFFORD<br>Defendant | § § § | |

**REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE
AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT**

Defendant DARION JOE MARQUIS STAFFORD, is charged in a petition with a violation of the terms of his supervised release. On this date, the United States magistrate judge conducted a revocation hearing. Defendant appeared in person and represented by counsel.

Based on Defendant's plea of true to the allegations in the petition and the evidence and arguments offered at the hearing, the magistrate judge recommends the United States District Judge:

- ☑ find Defendant violated the terms of his supervised release;
- ☐ revoke Defendant's supervised release;
- ☐ impose a sentence of an additional term of imprisonment of _____ months with a further term of _____ months of supervised release to follow; and
- ☑ 30 days inpatient treatment immediately and continued on supervised release after 30 day inpatient treatment.

SO RECOMMENDED.
April 7, 2023.
Date

REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

In open court, the magistrate judge informed Defendant that any recommendation of revocation of supervised release, and the imposition of any sentence, is subject to the approval of the United States District Judge, and that Defendant may object to the magistrate judge's recommendation before any additional sentence is imposed.

I, Defendant DARION JOE MARQUIS STAFFORD, hereby
- ☑ waive my right to object to the report and recommendation of the magistrate judge.
- ☐ do NOT waive my right to object to the report and recommendation of the magistrate judge.

4/7/23
Date

Defendant

Defense Counsel

**Consented to by United States**

Assistant U.S. Attorney