# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:19-CR-0505-S |
| | § | |
| DARION JOE MARQUIS STAFFORD (1) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF
### THE UNITED STATES MAGISTRATE JUDGE
### AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 41] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Darion Joe Marquis Stafford's term of supervised release. *See* Order, ECF No. 48. The Court received the Report & Recommendation of the United States Magistrate Judge and Defendant's Waiver of Right to Object ("Report & Recommendation") pursuant to its order. Defendant waived his right to object to the Report & Recommendation and his right to allocute before the United States District Judge. *See* Report & Recommendation; Consent to Proceed Before the United States Magistrate Judge. The Court is of the opinion that the findings and conclusion of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Report & Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant enters into thirty (30) days inpatient treatment immediately and continues on terms of supervised release after thirty (30) days of inpatient treatment.

**SO ORDERED.**

SIGNED April 10, 2023.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE